COMMONWEALTH of Pennsylvania,
Respondent

v.

John Michael TEDESCO, Petitioner

No. 159 MAL 2017

Supreme Court of Pennsylvania.

September 19, 2017

### ORDER

PER CURIAM

AND NOW, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Tina TEDESCO, Petitioner

No. 274 MAL 2017

Supreme Court of Pennsylvania.

September 19, 2017

### ORDER

PER CURIAM

AND NOW, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Petitioner

v.

James John LARNERD,
Jr., Respondent

No. 260 MAL 2017

Supreme Court of Pennsylvania.

September 20, 2017

### ORDER

PER CURIAM

AND NOW, this 20th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.